ACCEPTED
02-15-00119-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/8/2015 10:43:26 AM
DEBRA SPISAK
CLERK

FILED: 4/6/2015 8:01:00 AM
SHERRI ADELSTEIN
Denton County District Clerk
By: Joanna Price, Deputy

## CAUSE NO. 2012-70581-431

|  |  |  |
|---|---|---|
| MILAN HAMRLA, PETRA CHAUDEJOVA, MICHAEL and LAURA BREWER, DALIA CHAVARRIA, DIANE and GENE HINES and KEITH EFFERT, | § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs*, | § § | DENTON COUNTY, TEXAS |
| v. | § § § | |
| CITY OF CARROLLTON, TEXAS, | § § | |
| *Defendant*. | § | 442nd JUDICIAL DISTRICT |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/08/2015 10:43:26 AM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE AND JUSTICES OF THE COURT OF APPEALS:

The City of Carrollton, Texas (the City), defendant in the above-referenced action, desires to appeal the order denying Defendant's Plea to the Jurisdiction signed by the district court in the on March 17, 2015.   The City gives notice of its intent and desire to appeal the order to the Second Court of Appeals in Fort Worth.   The appeal is an interlocutory, accelerated appeal filed pursuant to Section 51.014(a)(8) of the Texas Civil Practices and Remedies Code.  *Note:   This case was transferred to the 442nd District Court from the 431st District Court on February 2, 2015, but Judge Bailey ruled on the plea after the transfer, presumably under Section 24.003(b) of the Texas Government Code.*

---

*Notice of Appeal*                                                                                                   **Page 1**

*W:\Carrollton\Hamrla\Appeal\Notice of Appeal.docx*

Respectfully submitted,

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast
Texas Bar No. 24032974
fquast@toase.com
George A. Staples
Texas Bar No. 19058000
gstaples@toase.com
Taylor, Olson, Adkins, Sralla,
     & Elam, L.L.P.
6000 Western Place, Suite 200
Fort Worth, Texas 76107-4654
Telephone: (817) 332-2580
Facsimile: (817)332-4740

Meredith A. Ladd
Texas Bar No. 24003368
Meredith.Ladd@cityofcarrollton.com
City Attorney for City of Carrollton
R. Clayton Hutchins
Texas Bar No. 10344000
Clayton.Hutchins@cityofcarrollton.com
1945 E. Jackson Road
Carrollton, Texas 75006
Telephone: (972) 466-3046
Facsimile: (972) 446-3542

**ATTORNEYS FOR DEFENDANT,
CITY OF CARROLLTON, TEXAS**

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing Notice of Appeal has been forwarded via the electronic filing manager and email to the following counsel of record for Plaintiffs in accordance with Rule 21a the Texas Rules of Civil Procedure on this April 4, 2015:

Mr. Bruce Turner
bet@bennettweston.com
Mr. J. Michael Weston
jmweston@bennettweston.com
Bennett, Weston, LaJone & Turner, P.C.
1603 L.B.J. Freeway, Suite 280
Dallas, Texas 75234

/s/ *Fredrick "Fritz" Quast*
Fredrick "Fritz" Quast